**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

BRETANO HOUSE LLC and
CHRISTOPHER FRIES,

    Defendants.

No. C 14-04786 WHA

**ORDER REQUESTING JOINT MEMORANDUM**

It has come to the undersigned judge's attention that the proposed consent judgment contains no termination date (*see* Dkt. No. 8 at ¶ 17). The Court insists that the proposed consent judgment contain a sunset provision, and recommends four to five years in that connection.

As such, the parties are hereby requested to please submit a joint memorandum as to why the consent judgment should not be limited to four to five years. This joint memorandum is due by **12 PM ON NOVEMBER 7, 2014**.

**IT IS SO ORDERED.**

Dated: November 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE