IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>  v.<br><br>BRETANO HOUSE LLC and<br>CHRISTOPHER FRIES,<br><br>        Defendants.<br>_____/ | No. C 14-04786 WHA<br><br>**SECOND ORDER REQUESTING<br>JOINT MEMORANDUM** |

An order dated November 4, 2014 (Dkt. No. 9) insisted that the parties' proposed consent judgment contain a sunset provision. To that end, the November 4 order requested that the parties submit a joint memorandum as to why the consent judgment should not be limited to four to five years. That joint memorandum was due on November 7, 2014.

To date, no joint memorandum has been received. Accordingly, this order asks the parties again to submit the joint memorandum by **12 PM ON NOVEMBER 14, 2014**. Failure to submit the joint memorandum may result in a denial of the proposed consent judgment.

**IT IS SO ORDERED.**

Dated: November 12, 2014.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE